# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

GARY PACE                                                     PLAINTIFF

v.                                    No. 2:25-cv-69-DPM

SOCIAL SECURITY ADMINISTRATION,                    DEFENDANT
Commissioner

## ORDER

Unopposed recommendation, *Doc. 10*, adopted.  Fed. R. Civ. P. 72(b)(1983 addition to advisory committee notes).  Notwithstanding Pace's struggle with seizures, substantial record evidence supports the ALJ's decision;  and the Court sees no error of law.  *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011).  Pace's complaint will therefore be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2026