## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

GARY PACE                                                                PLAINTIFF

v.                                      No. 2:25-cv-69-DPM

SOCIAL SECURITY ADMINISTRATION,                      DEFENDANT
Commissioner

## JUDGMENT

Pace's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
17 April 2026